614 A.2d 598

**Ronald Anthony GREEN**

v.

**STATE of Maryland.**

**No. 88, Sept. Term, 1992.**

Court of Appeals of Maryland.

Oct. 29, 1992.

Michael L. Pullen, Easton, for petitioner.

J. Joseph Curran, Jr., Atty. Gen. and Mary Ellen Barbera,
Asst. Atty. Gen., Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE,
RODOWSKY, McAULIFFE, CHASANOW, KARWACKI
and ROBERT M. BELL, JJ.

ORDER

PER CURIAM.

The Court having considered and granted the petition for
a writ of certiorari in the above entitled case, it is this 29th
day of October, 1992.

ORDERED, by the Court of Appeals of Maryland, that
the judgment of the Court of Special Appeals be, and it is

**396**

hereby, vacated and the case remanded to the Court of Special Appeals to reinstate the appeal in order to consider the merits of the appeal. Costs to be paid by Caroline County.